**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

IN RE:                                                    §                          CASE NO.   26-80441

BETTER CARE MATTERS LLC                  §

DEBTOR(S),                                           §                          CHAPTER  7

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TEXAS CITY ISD                     GALVESTON COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __30th__ day of __June__ ,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

M. JERMAINE WATSON
OFFIT KURMAN, PLAZA OF THE
AMERICAS
700 N. PEARL ST., STE 1610
DALLAS, TX 75201

JANET S CASCIATO-NORTHRUP
JANET S. CASCIATO-NORTHRUP-
TRUSTEE
1201 LOUISIANA STE. 2800
HOUSTON, TX 77002

BETTER CARE MATTERS LLC
11709 SHOAL LANDING ST.
PEARLAND, TX 77584

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:  (713) 844-3503
Email:        houston_bankruptcy@lgbs.com

By: /s/ Jeannie L. Andresen
_____
Jeannie Lee Andresen
SBN: 24086239 TX